## NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
**PLEASE REPLY TO**
**ROSELAND OFFICE**

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

COUNSEL
DAVID DiSABATO
LISA CONSIDINE°

OF COUNSEL
RANDEE M. MATLOFF

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ, NY & DC BARS

**July 13, 2026**

**Via ECF**
**Honorable Jessica S. Allen**
**United States Magistrate Judge**
**New Jersey District Court**
**Martin Luther King Building and U.S. Courthouse**
**50 Walnut Street**
**Newark, New Jersey 07101**

**Re:  CareOne at Birchwood, LLC, v. Township of Edison, et. al.**
**     Civil Action Case No.:2:20-CV-07976-BRM-JAD**

Dear Judge Allen:

We represent Plaintiff in this matter.  We are submitting this joint letter on behalf of all parties requesting a short extension of time to file the joint proposed final pretrial order.

The parties previously advised Your Honor that a Whispering Woods Settlement Agreement was being prepared and that a hearing before the Zoning Board of Edison was expected to take place in July, 2026.  Your Honor entered a Text Order (DCK#119) stating that:

> If the revised draft Whispering Woods Agreement is not finalized and then approved during a public hearing by 7/13/26, the parties shall submit a joint proposed final pretrial order on or before 7/28/26 using the form of order attached hereto.

The parties expended significant time and effort in negotiating the terms of a Whispering Woods Agreement.  On July 7,

2026 a Whispering Woods Agreement was reached by counsel.  On that same day, the parties appeared before a specially convened meeting of the Edison Zoning Board of Adjustment. Plaintiff CareOne at Birchwood presented its application to the Board with experts. At close to midnight, the Board denied Plaintiff's application.  This was an unexpected result and came as a surprise given that Plaintiff incorporated the requests of the Defendants in preparing its revised plans and the terms of the Whispering Woods Agreement had been agreed to.

The parties focused their time and effort on the Whispering Woods Agreement and attempting to settle the case. While the parties will continue to attempt to resolve the open issues and settle the matter, the parties understand that a joint proposed final pretrial order must be completed. This is a large task and will take much time and effort.

Given that the parties focused their time and attention on the Whispering Woods Agreement and zoning board hearing since the entry of the Court's May 12, 2026 Order (DCK#119), the parties need additional time to prepare the joint proposed final pretrial order. The parties respectfully request that the July 28, 2026 deadline be extended to September 11, 2026. This extension takes into consideration the summer vacation schedules of counsel.

                                        Respectfully submitted,
                                        *Bruce H. Nagel*
                                        BRUCE H. NAGEL

*Further, the 8/4/26 Final
Pretrial Conference is
adjourned until 9/23/26 at
12:00 p.m.  **So ordered.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: July 14, 2026**